Page 1

AO 243 (Rev. 10/07)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District *Eastern District of Michigan* | |
|---|---|---|
| Name (under which you were convicted): *Thomas William Wooten* | | Docket or Case No.: *12-20040* |
| Place of Confinement: *Allenwood FCI Medium* *whitedeer Pa 17887* | Prisoner No.: *46423·039* | |
| UNITED STATES OF AMERICA | V.    Movant (include name under which convicted) *Thomas William Wooten* | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: *United States District Court Eastern District of Michigan Southern Division*

   (b) Criminal docket or case number (if you know): *12-20040*

2. (a) Date of the judgment of conviction (if you know): *December 14th 2012*

   (b) Date of sentencing: _____

3. Length of sentence: *360 months*

4. Nature of crime (all counts): *Ct1 Production of Child pornography, ct2 Production of child pornography, Ct3 Distribution of child pornography Ct4 Distribution of child pornography Ct5 Receipt of child pornography Ct6 Possession of child pornography*

5. (a) What was your plea? (Check one)

   (1) Not guilty ☑     (2) Guilty ☐     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☑     Judge only ☐

AO 243 (Rev. 10/07)

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☑     No ☐

8.  Did you appeal from the judgment of conviction?     Yes ☑     No ☐

9.  If you did appeal, answer the following:
    (a) Name of court: _United States Court of appeals for the sixth District_
    (b) Docket or case number (if you know): _13-1566_
    (c) Result: _Conviction Affirmed_
    (d) Date of result (if you know): _Feburary 25, 2015_
    (e) Citation to the case (if you know): _____
    (f) Grounds raised: _Miranda violation_

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☑

        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____

        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐     No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a)  (1) Name of court: _____
         (2) Docket or case number (if you know): _____
         (3) Date of filing (if you know): _____

AO 243 (Rev. 10/07)

(4)  Nature of the proceeding: _____

(5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐     No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court: _____

(2)  Docket of case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐     No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:     Yes ☐     No ☐

(2)  Second petition:    Yes ☐     No ☐

AO 243 (Rev. 10/07)

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Miranda Violation _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Was questioned in FBI field car per Agents testimony 10-15 minutes after warrant was served until 7:20 Am or about an hour per Agents testimony was only asked nine questions all harmless then questioned at field office for an hour & a half agent christenson took notes on both occasions her notes from 7:45 - 9:18 am Run 4 pages the notes taken in the FBI car from 6:15 am - 7:20 am Run 1¼ pages the interview at the field office was ~~~~~ interrupted by bathroom breaks, coffee & signing of forms as well as the Reading & signing of the Statement and yet there are still more than twice as many notes as in the car at a motion hearing in December of 2011 it came to the Judges attention that a possible miranda violation occured

see ATT →

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Ground one Continued

During this hearing a Request was made by my attorney carl maclinga for agent christenson's notes she said she wasn't sure that she still had them after the hearing and a possible miranda violation was established what I believe to be an abridged copy of the notes was added to the case file and numbered 717-722 the agent in question took detailed notes and yet specifies in the statement are missing from her notes suchas the user name "stive daddy" aswellas the Rest of the user names from adog838@yahoo.com as these were given in the car that is why they are missing also I was shown at least two pictures from the email I am serving 25yrs for Identified them admitted to taking them signed and dated them and they were shown as evidence at trial there is no way to Identifie which two of the Eleven were signed in the car also admitted to using tomwaots@yahoo.com as wellas the netbook computer that was siezed we left my house at 7:20 am so I could use the Rest Room not because I was underarrest at that time as they claim fleming never left my side and the questioning didnt stop it was also started before 6:00 am per macomb county sherriff statement

AO 243 (Rev. 10/07)

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

      Yes ☐     No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

      Yes ☐     No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐     No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

GROUND TWO: All Elements of Count two weren't met _____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

video was found on SD Card notPhone in a file called lost.Dir it is a corrupt file with no metadata there is no way to say how it was made, when it was made or by what device it was made. it was not accessable from cellphone it was not sent to anyone or even implyed that ~~that~~ was the purpose of the video, The video did not have anything to do with interstate Commerce

AO 243 (Rev. 10/07)

(b) **Direct Appeal of Ground Two:**

   (1)  If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐     No ☑

   (2)  If you did not raise this issue in your direct appeal, explain why: _Attorney Appointed didn't feel issue had merit and I had no access to court documents or the court_

(c) **Post-Conviction Proceedings:**

   (1)  Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐     No ☑

   (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

   (3)  Did you receive a hearing on your motion, petition, or application?

      Yes ☐     No ☐

   (4)  Did you appeal from the denial of your motion, petition, or application?

      Yes ☐     No ☐

   (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐     No ☐

   (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

AO 243 (Rev. 10/07)

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____
_____
_____
_____
_____
_____

**GROUND THREE:** Jury saw me being Escorted to court Room hand cuffed with marshals

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

on third day of trial the clerk stepped off Elevator while Escorting jurors back from lunch and saw me being Escorted in hand cuffs by US marshals she said she observed jurors looking at me jurors claimed they didn't see me but on a day previous they did so it became common knowledge that I was in custody

_____
_____
_____
_____

(b)  **Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

Attorney said it had No merit and I had No access to court documents or the court

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Page 8

AO 243 (Rev. 10/07)

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

　　Yes ☐　　No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

　　Yes ☐　　No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

　　Yes ☐　　No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** Didn't get to call key witness

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Dannielle moore the mother of my child was interviewed by federal agents more then Every other witness combined when we attempted to call her the prosecutor claimed complications with her pregnancy when we asked to call her at a later date Judge denied the next day she was present and in good health

AO 243 (Rev. 10/07)

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Attorney said had no merit was in the hole in macomb County Jail had no access to court or court documents or attorny

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

Ground Five

warrent was served outside of daytime hours

Facts:

In all Reports time did Not start to be logged untill 7:20 am by and of the agents serving warrent Except by the macomb county sherrif that acted as an Escort and originally placed me under arrest acording to his Report he met 2 minutes away from my house and proceeded to the address with agents at or around 5:30 am also Ran me through lien Records have not been made ~~availid~~ available to me or the court I feel agents went to great lengths to conceal early arrest also used my lack of sleep to make interrogation easier as I worked 2:30pm - 11:00pm shift and Regulary went to bed at 3:30-4:00 am

Ground wasn't Raised by attorney as he says it lacks merit

Ground Six

ineffectual assistance of counsel

facts:

Attorney Carl marlinga took my case on Retainer then entered Run for judgeship and was elected wasn't avalible to me during proceedings and after election pushed to have trial in December since he can't practice after taking bench he was ill prepared and did nothing about the technicle aspects of the case

Ground 7

Restitution is unlawful

Facts:
ordered to pay over 14,000 in Restitution for child pornography I possessed was Recently Ruled unlawful

Ground Eight

Cell phone tainted by prosection and FBI agents

Facts:

Cell phone was turned on by agent fleming and call logs were accessed on Nov. 2nd 2011 also cell phone was accessed by prosecutor and pictures were taken of the screen showing texts between me and a woman I went to highschool with also photos we shared all media on cellphone was stored on SD card so SD card had to be installed in cell to access cell is not in same condition as when seized since media was access by multiple peoples

Ground Nine

Exculpitory Evidence was with held

Facts:

Per my Request video from SD card as well as Exemptlary pictures of my hands and a picture of my penis and pictures of my bathroom were sent to quanico for annwalissis the comparision pictures that were sent back from quanico were Never made avalible to the defense specificly the Comparision photo that depicted a side by side photo of my Penis from my cellphone as well as the penis from the video since they are clearly not the same they were kept from me & the court

AO 243 (Rev. 10/07)

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____
_____
_____
_____

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Grounds 2,3,4,5,6,8,9 at time of direct appeal I was going through trial in state court in macomb county and was being kept in solitary confinement for 8 months appeals attorney Refused to see me I never got an attorney call with him he never Responded to my letters and only filed an appeal on one point after arguing with my family over the phone Ground 7 Just came as case law

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?        Yes ☐        No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____
_____
_____
_____
_____

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)  At the preliminary hearing:   Carl J. Marlinga
93 South main St. Mount Clemens, Mi. 48043

(b)  At the arraignment and plea: _____

(c)  At the trial:   Carl J. Marlinga
93 South main St. Mount Clemens, mi 48043

(d)  At sentencing: Joseph R. Kosmala
93 South main St Mount Clemens, mi 48043

AO 243 (Rev. 10/07)

(e) On appeal: Jeffray P. Nunnari
3349 Executive Parkway suite D Toledo, ohio 43606

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?  Yes ☐  No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ☑  No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

Macomb County Ciruit court mount clemons michigan

_____

(b) Give the date the other sentence was imposed: April 8th 2014

(c) Give the length of the other sentence: 25 yrs to 50 yrs consecutive ≥ 13yrs4mos to 20yrs.

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☑  No ☐

AO 243 (Rev. 10/07)

18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

(1)    the date on which the judgment of conviction became final;

(2)    the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)    the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)    the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 10/07)

Therefore, movant asks that the Court grant the following relief: Suppress Statement, Suppress Cellphone & video, suppress Evidence from search, vacate Charge two, grant Retrial

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ 2-22-16 _____.

(month, date, year)

Executed (signed) on _____ 2-23-16 _____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____

_____

_____



Thomas Wooten 46423-039
FCI Allenwood medium
Federal Correctional Institution
White Deer, Pa 17887

&46423-039&
The Clerk U S District Court
231 W.Lafayette Blvd,Fifth Floor
Detroit, MI 48229
United States

Legal Mail